**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>OSG Group Holdings, Inc., *et al.*,[1]<br><br>                         Debtors. | Chapter 11<br><br>Case No. 22-10718 (JTD)<br><br>(Jointly Administered)<br><br>Ref. Docket No.  6 |

**ORDER (I) CONDITIONALLY**
**WAIVING THE REQUIREMENT TO FILE SCHEDULES OF**
**ASSETS AND LIABILITIES, STATEMENTS OF FINANCIAL AFFAIRS,**
**AND RULE 2015.3 FINANCIAL REPORTS AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order, for entry of an order (i) waiving the requirement to file the Schedules, SOFAs, and 2015.3 Reports if the Plan is confirmed within twenty-eight (28) days of the Petition Date, and (ii) granting related relief, all as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: OSG Group Holdings, Inc. (0311); OSG Intermediate Holdings, Inc. (1288); OSG Holdings, Inc. (2036); Output Services Group, Inc. (8044); Globalex Corporation (5365); SouthData, Inc. (5336); DoublePositive Marketing Group, Inc. (8221); National Business Systems, Inc. (6946); NCP Solutions, LLC (5620); The Garfield Group, Inc. (9966); Mansell Group Holding Company (9354); Diamond Marketing Solutions Group, Inc. (3531); Applied Information Group, Inc. (7381); Microdynamics Corporation (0423); Mansell Group, Inc. (7898); National Data Services of Chicago, Inc. (9009); Microdynamics Group Nebraska, Inc. (5711); Microdynamics Transactional Mail, LLC (4060); JJT Enterprises, Inc. (7792); and Words, Data and Images, LLC (2248). Globalex Corporation's service address is 150 S Pine Island Road, Suite 300, Plantation, FL 33324. DoublePositive Marketing Group, Inc.'s, Mansell Group Holding Company's, Diamond Marketing Solutions Group, Inc.'s, Applied Information Group, Inc.'s, and Microdynamics Corporation's service address is 900 Kimberly Drive, Carol Stream, IL 60188. SouthData, Inc.'s service address is 201 Technology Lane, Mount Airy, NC 27030. National Business Systems, Inc.'s service address is 9201 E Bloomington Fwy, Ste LL, Bloomington, MN 55420. NCP Solutions, LLC's service address is 5200 East Lake Boulevard, Birmingham, AL 35217. JJT Enterprises, Inc.'s service address is 7 Rancho Circle, Lake Forest, CA 92630. Words, Data and Images, LLC's service address is 3190 Rider Trail South, Earth City, MO 63045. OSG Group Holdings, Inc.'s, OSG Intermediate Holdings, Inc.'s, OSG Holdings, Inc.'s, Output Services Group, Inc.'s, The Garfield Group, Inc.'s, Mansell Group, Inc.'s, National Data Services of Chicago, Inc.'s, Microdynamics Group Nebraska, Inc.'s, and Microdynamics Transactional Mail, LLC's service address is 775 Washington Avenue, Carlstadt, NJ 07072.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Motion.

requested therein pursuant to 28 U.S.C. §§ 157(a)–(b) and 1334(b), and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and this Court having held a hearing to consider the relief requested in the Motion; and upon the Del Genio Declaration; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted to the extent set forth herein.

2. The requirement that the Debtors file the Schedules, SOFAs, and 2015.3 Reports is conditionally waived if the Plan is confirmed within twenty-eight (28) days of the Petition Date, without prejudice to the Debtors' rights to request further extensions thereof; *provided* that such deadline to file the Schedules, SOFAs, and 2015.3 Reports may be further extended, without further motion by the Debtors, upon further order from the Court submitted on certification of counsel, filed on the docket and served on the Notice Parties and counsel to any statutory committee appointed in these cases (if any), with prior consent of the U.S. Trustee (which consent may be by email); *provided*, *further*, that this relief is without prejudice to the Debtors' right to request further extensions thereof by motion (including if the Debtors and the U.S. Trustee are unable to reach agreement pursuant to the preceding proviso).

3. All time periods set forth in this Order shall be calculated in accordance with

Bankruptcy Rule 9006(a).

4. The Debtors are authorized to take all action necessary to effectuate the relief granted in this Order.

5. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**Dated: August 9th, 2022**
**Wilmington, Delaware**

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE

3