## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re<br><br>OSG GROUP HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-10718 (JTD)<br><br>(Jointly Administered)<br><br>**Re: D.I. 7, 8, 9 10, 11, 13 & 14**<br><br>**Hearing Date: August 29, 2022 at 10:00 a.m. (ET)**<br>**Obj. Deadline: August 26, 2022 at 4:00 p.m. (ET)** |

## OMNIBUS NOTICE OF FIRST DAY MOTIONS, ENTRY OF
## INTERIM ORDERS AND SECOND DAY HEARING

PLEASE TAKE NOTICE that on August 7, 2022, the above-captioned debtors and debtors

in possession (the "<u>Debtors</u>"), by and through their undersigned proposed counsel, filed with the

United States Bankruptcy Court for the District of Delaware (the "<u>Court</u>") the following motions

(the "<u>First Day Motions</u>"), copies of which are being served on you with this notice:

- Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Maintain Existing Insurance Policies and Pay All Insurance Obligations

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: OSG Group Holdings, Inc. (0311); OSG Intermediate Holdings, Inc. (1288); OSG Holdings, Inc. (2036); Output Services Group, Inc. (8044); Globalex Corporation (5365); SouthData, Inc. (5336); DoublePositive Marketing Group, Inc. (8221); National Business Systems, Inc. (6946); NCP Solutions, LLC (5620); The Garfield Group, Inc. (9966); Mansell Group Holding Company (9354); Diamond Marketing Solutions Group, Inc. (3531); Applied Information Group, Inc. (7381); Microdynamics Corporation (0423); Mansell Group, Inc. (7898); National Data Services of Chicago, Inc. (9009); Microdynamics Group Nebraska, Inc. (5711); Microdynamics Transactional Mail, LLC (4060); JJT Enterprises, Inc. (dba Optimal Outsource) (7792); Words, Data and Images, LLC (dba Gabriel Group) (2248). Globalex Corporation's service address is 150 S Pine Island Road, Suite 300, Plantation, FL 33324. DoublePositive Marketing Group, Inc.'s, Mansell Group Holding Company's, Diamond Marketing Solutions Group, Inc.'s, Applied Information Group, Inc.'s, and Microdynamics Corporation's service address is 900 Kimberly Drive, Carol Stream, IL 60188. SouthData, Inc.'s service address is 201 Technology Lane, Mount Airy, NC 27030. National Business Systems, Inc.'s service address is 9201 E Bloomington Fwy, Ste LL, Bloomington, MN 55420. NCP Solutions, LLC's service address is 5200 East Lake Boulevard, Birmingham, AL 35217. JJT Enterprises, Inc. (dba Optimal Outsource)'s service address is 7 Rancho Circle, Lake Forest, CA 92630. Words, Data and Images, LLC (dba Gabriel Group)'s service address is 3190 Rider Trail South, Earth City, MO 63045. OSG Group Holdings, Inc.'s, OSG Intermediate Holdings, Inc.'s, OSG Holdings, Inc.'s, Output Services Group, Inc.'s, The Garfield Group, Inc.'s, Mansell Group, Inc.'s, National Data Services of Chicago, Inc.'s, Microdynamics Group Nebraska, Inc.'s, and Microdynamics Transactional Mail, LLC's service address is 775 Washington Avenue, Carlstadt, NJ 07072.

Arising Thereunder, and (B) Renew, Supplement, Modify, or Purchase Insurance Coverage, (II) Authorizing Continuation of Insurance Premium Financing Agreements, and (III) Granting Related Relief [Filing Date: 8/7/22; D.I. 7]

- Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Taxes and Fees and (II) Granting Related Relief [Filing Date: 8/7/22; D.I. 8]

- Debtors' Motion for Entry of Interim and Final Orders (I)(A) Approving Debtors' Proposed Form of Adequate Assurance of Payment for Future Utility Services, (B) Approving Debtors' Proposed Procedures for Resolving Additional Assurance Requests, and (C) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services; and (II) Granting Related Relief [Filing Date: 8/7/22; D.I. 9]

- Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Claims of Lien Claimants, (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto, and (III) Granting Related Relief [Filing Date: 8/7/22; D.I. 10]

- Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Employee Benefits Obligations and Other Compensation, (B) Continue Employee Benefit Programs and Pay Related Administrative Obligations and (II) Granting Related Relief [Filing Date: 8/7/22; D.I. 11]

- Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue Certain Intercompany Transactions, and (II) Granting Related Relief [Filing Date: 8/7/22; D.I. 13]

- Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Claims of Critical Vendors and Section 503(b)(9) Claimants, (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests, and (III) Granting Related Relief [Filing Date: 8/7/22; D.I. 14]

PLEASE TAKE FURTHER NOTICE that on August 9, 2022, the Court entered the following orders granting the relief sought in the First Day Motions on an interim basis (the "Interim Orders"), copies of which are being served on you with this notice:

- Interim Order (I) Authorizing Debtors to (A) Maintain Existing Insurance Policies and Pay All Insurance Obligations Arising Thereunder, and (B) Renew, Supplement, Modify, or Purchase Insurance Coverage, (II) Authorizing Continuation of Insurance Premium Financing Agreements, and (III) Granting Related Relief [Date Entered: 8/9/22; D.I. 89]

- Interim Order (I) Authorizing Debtors to Pay Certain Prepetition Taxes and Fees and (II) Granting Related Relief [Date Entered: 8/9/22; D.I. 85]

- Interim Order (I) (A) Approving Debtors' Proposed Form of Adequate Assurance of Payment for Future Utility Services, (B) Approving Debtors' Proposed Procedures for Resolving Additional Assurance Requests, and (C) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services; and (II) Granting Related Relief [Date Entered: 8/9/22; D.I. 86]

- Interim Order (I) Authorizing the Debtors to Pay Certain Prepetition Claims of Lien Claimants, (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto, and (III) Granting Related Relief [Date Entered: 8/9/22; D.I. 90]

- Interim Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Employee Benefits Obligations and Other Compensation, (B) Continue Employee Benefit Programs and Pay Related Administrative Obligations and (II) Granting Related Relief [Date Entered: 8/9/22; D.I. 84]

- Interim Order (I) Authorizing Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue Certain Intercompany Transactions, and (II) Granting Related Relief [Date Entered: 8/9/22; D.I. 81]

- Interim Order (I) Authorizing Debtors to Pay Certain Prepetition Claims of Critical Vendors and Section 503(b)(9) Claimants, (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests, and (III) Granting Related Relief [Date Entered: 8/9/22; D.I. 87]

PLEASE TAKE FURTHER NOTICE that a hearing to consider the relief sought in the First Day Motions on a final basis will be held on **August 29, 2022 at 10:00 a.m. (ET)** before the Honorable John T. Dorsey, United States Bankruptcy Judge, at the Court, 824 Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that pursuant to the Interim Orders, objections, if any, to entry of orders approving the First Day Motions on a final basis, must be filed on or before

**August 26, 2022 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.  At the same time, you must serve a copy of any responses on the following parties so as to be received on or before the Objection Deadline: (i) proposed co-counsel to the Debtors, Ropes & Gray LLP, 1211 Avenue of the Americas, New York, NY 10036 (Attn: Gregg M. Galardi and Cristine Pirro Schwarzman, email: gregg.galardi@ropesgray.com and cristine.schwarzman@ropesgray.com) and Bayard, P.A, 600 N. King Street, Suite 400, Wilmington, DE 19801 (Attn:  Erin R. Fay and Gregory J. Flasser, email:  efay@bayardlaw.com and gflasser@bayardlaw.com); (ii) Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801 (Attn:  Rosa Sierra-Fox, email: rosa.sierra-fox@usdoj.gov); (iii) the First Lien Advisors, Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 (Attn: Jayme Goldstein, Christopher    Guhin,    and    Isaac    Sasson,    email:    jaymegoldstein@paulhastings.com, chrisguhin@paulhastings.com, and isaacsasson@paulhastings.com); (iv) the Pemberton Advisors, 1271 Avenue of the Americas, New York, NY 10020 (Attn: Adam J. Goldberg and Andrew C. Ambruoso, email: adam.goldberg@lw.com and andrew.ambruoso@lw.com); (v) the Apogem Advisors, Akin Gump Strauss Hauer & Feld LLP, 65 Memorial Road, Suite C340, West Hartford, CT 06107 (Attn: Renée M. Dailey and Jason P. Rubin, email: renee.dailey@akingump.com and jrubin@akingump.com); (vi) counsel to the Sponsor; Willkie Farr & Gallagher, 787 Seventh Avenue, New York, NY 10019-6099 (Attn: Brian Lennon, email: blennon@willkie.com); and (vii) counsel for any statutory committee appointed in these chapter 11 cases.

PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO PROPERLY FILE AND SERVE A RESPONSE ON OR BEFORE THE OBJECTION DEADLINE, THE COURT MAY

GRANT THE RELIEF REQUESTED IN THE FIRST DAY MOTIONS ON A FINAL BASIS

WITHOUT FURTHER NOTICE OR HEARING.

Dated:  August 9, 2022          **BAYARD, P.A.**
       Wilmington, Delaware

                              */s/ Gregory J. Flasser*
Erin R. Fay (No. 5268)
Gregory J. Flasser (No. 6154)
Maria Kotsiras (No. 6840)
600 N. King Street, Suite 400
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
E-mail:  efay@bayardlaw.com
        gflasser@bayardlaw.com
        mkotsiras@bayardlaw.com

- and -

**ROPES & GRAY LLP**
Gregg M. Galardi (No. 2991)
Cristine Pirro Schwarzman (admitted *pro hac vice*)
Kevin Liang (admitted *pro hac vice*)
Eric M. Sherman (admitted *pro hac vice*)
1211 Avenue of the Americas
New York, New York 10036
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
E-mail:  gregg.galardi@ropesgray.com
        cristine.schwarzman@ropesgray.com
        kevin.liang@ropesgray.com
        eric.sherman@ropesgray.com
-and-

**ROPES & GRAY LLP**
Stephen L. Iacovo (admitted *pro hac vice*)
Luke Smith (admitted *pro hac vice*)
191 North Wacker Drive, 32nd Floor
Chicago, Illinois 60606
Telephone: (312) 845-1200
Facsimile: (312) 845-5500
E-mail:  stephen.iacovo@ropesgray.com
        luke.smith@ropesgray.com

*Proposed Counsel to the Debtors and Debtors in Possession*